# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In re

KEENAN P. ZENTZ AND HEIDI L.ZENTZ

Case No. **17-60270-BPH**

Debtors.

### *ORDER*

At Butte in said District this 3rd day of August, 2020.

Upon review of U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust's ("Secured Creditor") Motion for Court Approval of Modification to Home Mortgage Loan, and Notice, filed on July 17, 2020, and no objection thereto and request for hearing having been filed after notice, the Court finds that the Motion is well taken and should be granted without further notice or hearing. Accordingly,

**IT IS ORDERED** that Secured Creditor's Motion for Court Approval of Modification to Home Mortgage Loan, filed July 17, 2020, at ECF No. 122 is granted; and the modification of Secured Creditor's home mortgage loan with the Debtors, as reflected in Secured Creditor's Motion (ECF No. 122) and attachments thereto, is approved.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana