B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Montana

In re Keenan P. Zentz
Heidi L. Zentz, Case No. 17-60270-BPH

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of Tiki Series III Trust | U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 BSI Financial Services
 1425 Greenway Drive, #400
 Irving, TX 75038

Court Claim # (if known): 18-1
Amount of Claim: $195,212.40
Date Claim Filed: 08/09/2017

Phone: _____
Last Four Digits of Acct #: 1557

Phone: _____
Last Four Digits of Acct. #: 1557

Name and Address where transferee payments should be sent (if different from above):
 BSI Financial Services, Attn: Payment Processing Department
 314 S. Franklin Street, 2nd Floor
 Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #: 1557

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile           Date: 09/30/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.